IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA V.<br>KENNETH JEROME MCMILLIAN, JR.<br>(CRIMINAL COMPLAINT) | Case No. 5:16-MJ-1950-RN<br><br>**Filed Under Seal** |
|---|---|

## ORDER TO SEAL CRIMINAL COMPLAINT AND SUPPORTING DOCUMENTATION

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the affidavit, criminal complaint, arrest warrant, Motion to Seal, and Order to Seal in the above-captioned matter be sealed until such time as unsealing is requested by the United States Attorney and granted by the court.

It is FURTHER ORDERED that the Clerk provide the United States and the Federal Bureau of Administration with a copy of the affidavit, criminal complaint, arrest warrant, and return of service, as well as a copy of the Motion and Order to Seal the same.

Dated: November 3, 2016

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge

SL